AO108(2/90) Application for Seizure Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Seizure of
(Address or brief description of property or premises to be seized)

One 2004 Suzuki Hayabusa,
VIN JS1GW71A242100926,
registered in the name of **Staven S. Newton**,
located at xxxxxxxxxxxxxxxxxxxxx,
Woodbridge, Virginia

**APPLICATION AND AFFIDAVIT
FOR SEIZURE WARRANT**

CASE NUMBER:

I     Kelly D. Bender     being duly sworn depose and say:

I am a(n)   Special Agent with the Federal Bureau of Investigation   and have reason to believe that in the District of Virginia there is now certain property which is subject to forfeiture to the United States, namely (describe the property to be seized)

One 2004 Suzuki Hayabusa, VIN JS1GW71A242100926,
registered in the name of **Staven S. Newton**,
located at xxxxxxxxxxxxxxxxxxxxx, Woodbridge, Virginia

which is (state one or more bases for seizure under the United States Code)

subject to forfeiture, pursuant to 18 U.S.C. §§ 981(a)(1)(A) and (C),

concerning a violation of Title   18   United States Code, Section(s)  1343 (Wire Fraud) and 1956/1957 (Money Laundering)  . The facts to support a finding of Probable Cause for issuance of a Seizure Warrant are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.      ☒ YES   ☐ NO

Michael A. Humphreys
Asset Forfeiture Unit, Criminal Division
(202) 514-7065

Signature of Affiant
Kelly D. Bender, Special Agent
Federal Bureau of Investigation

Sworn to before me, and subscribed in my presence

at Washington, D.C.

Date

Name and Title of Judicial Officer            Signature of Judicial Officer